Sebastian M. Medvei (SBN 285604)
MEDVEI LAW GROUP, APC
3857 Birch Street, #56
Newport Beach, CA 92660
Telephone: (213) 984-4013
Email: smedvei@medveilaw.com

Attorney for Defendant
AVOCADO MATTRESS LLC

## UNITED STATES DISTRICT COUORT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY ISLAS and ELIZABETH AMILL, each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AVOCADO MATTRESS LLC, <br><br> Defendant. | Case No.: 2:25-cv-05698-RGK-PVC <br><br> **ANSWER OF DEFENDANT AVOCADO MATTRESS LLC** |

1.  Defendant AVOCADO MATTRESS LLC ("Defendant") hereby answers the Complaint filed by Plaintiffs ASHLEY ISLAS and ELIZABETH AMILL, each individually and on behalf of all other similarly situated (collectively, "Plaintiffs").

2.  Defendant denies each and every allegation contained in the complaint except those expressly admitted below.

3.  At Paragraph 19, Defendant admits that "Defendant sold Avocado Mattress Products to consumers in California, including to Plaintiffs."

1

ANSWER OF DEFENDANT AVOCADO MATTRESS LLC

4.      At Paragraph 50, Defendant admits that "On or around July 3, 2022, Ms. Islas purchased an Avocado Green Mattress from Defendant's website, avocadogreenmattress.com."

5.      At Paragraph 53, Defendant admits that "On or around July 5, 2021, Ms. Amill purchased an Avocado Green Mattress from Defendant's website, avocadogreenmattress.com."

## AFFIRMATIVE DEFENSES

1.      **First Affirmative Defense for Lack of Diversity Jurisdiction:** Defendant alleges that the Court lacks subject matter jurisdiction over this matter because the amount in controversy is less than $5,000,000.

2.      **Second Affirmative Defense for Failure to Comply with Consumer Legal Remedies Act Pre-Filing Dispute Resolution:** Defendant alleges that the Plaintiffs in this matter failed to comply with Cal. Civil Code section 1782 in that Plaintiffs failed to engage in the pre-lawsuit dispute resolution requirements of the Consumer Legal Remedies Act (CLRA) thirty days or more prior to the commencement of this action.

3.      **Third Affirmative Defense for Failure to State A Claim**: Defendant alleges that the Plaintiffs have failed to state facts sufficient to state a claim against this Defendant.

4.      **Fourth Affirmative Defense for Violation of the First Amendment:** Defendant alleges that the Plaintiffs' allegations of liability violate the Defendant's First Amendment rights.

5.      **Fifth Affirmative Defense for Constitutional Violations:** Defendant alleges that the Plaintiffs' allegations of liability violate the Constitutions of the United States of America, the State of California and/or the State of New Jersey.

6.      **Sixth Affirmative Defense for Contributory Negligence**: Defendant alleges that any liability alleged by Plaintiffs in this Complaint is the product of Plaintiffs' contributory negligence in, inter alia, failing to read and adhere to appropriate disclaimers and/or terms and conditions.

7.      **Seventh Affirmative Defense for Estoppel:** Defendant alleges that Plaintiffs are estopped from denying that, inter alia, the fair market value of any products purchased exceeded the amount Plaintiffs paid.

ANSWER OF DEFENDANT AVOCADO MATTRESS LLC

8. **Eighth Affirmative Defense for Lack of Standing**: Defendant alleges that Plaintiffs lack standing to bring the Complaint.

9. **Ninth Affirmative Defense for Fraud:** Defendant alleges that Plaintiffs' Complaint is barred by Plaintiffs' fraud including, inter alia, fraud in the allegations presented by Plaintiffs to the Court and/or fraud in the manner in which Plaintiffs sought to purchase products from the Defendant.

10. **Tenth Affirmative Defense for Laches:** Defendant alleges that Plaintiffs' Complaint is barred by laches due to the substantial delay of Defendants in pursuing their claimed rights.

11. **Eleventh Affirmative Defense for Refusal to Resolve Action via CLRA's Pre-Lawsuit Resolution Procedures:** Defendant alleges that, despite Plaintiffs failure to comply with Cal. Civil Code section 1782, Defendant offered Plaintiffs a complete remediation of their issues as alleged in the Complaint and that Plaintiffs refused.

12. **Twelfth Affirmative Defense for Statute of Limitations:** Defendant alleges that Plaintiffs' claims are barred, either in whole or in part, by the applicable statute of limitations.

13. **Thirteenth Affirmative Defense for No Injury:** Defendant alleges that Plaintiffs have not suffered any injury.

14. **Fourteenth Affirmative Defense of No Reliance:** Defendant alleges that Plaintiffs have not relied and/or have not justifiably relied on any representations by the Defendant.

15. **Fifteenth Affirmative Defense of No Class Action:** Defendant alleges that Plaintiffs have failed to plead a cognizable class for which relief can be sought via class action and/or that Plaintiffs will be unable to obtain class certification in this matter.

16. **Sixteenth Affirmative Defense for Unclean Hands:** Defendant alleges that Plaintiffs' claims are barred, either in whole or in part, under the doctrine of unclean hands due to, inter alia, Plaintiffs enjoying the benefit of the bargain as to the products and using those products without complaint for years.

17. **Seventeenth Affirmative Defense for Failure to Establish Inadequate Remedy of Law and/or Irreparable Harm:** Defendant alleges that Plaintiffs' claims in equity are barred because Plaintiffs have failed to plead and/or will be unable to establish at trial that Plaintiffs

ANSWER OF DEFENDANT AVOCADO MATTRESS LLC

have suffered irreparably injury and/or that Plaintiffs have no adequate remedy at law for the conduct alleged in the Complaint.

18. **Eighteenth Affirmative Defense for Bad Faith:** Defendant alleges that Plaintiffs' claims are barred, either in whole or in part, due to Plaintiffs' bad faith including, inter alia, their violation of Federal Rules of Civil Procedure ("FRCP") rule 11.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays as follows:

1. That Plaintiffs take nothing by reason of the Complaint and that judgment be rendered in favor of Defendant;

2. That Defendant be awarded costs of suit, including attorney's fees where applicable, incurred in the defense of this action; and

3. For such other relief as the Court deems proper.

Defendant hereby demands a jury trial.

Dated: October 8, 2025　　　　　　　　　Respectfully Submitted
　　　　　　　　　　　　　　　　　　　　MEDVEI LAW GROUP, APC

　　　　　　　　　　　　　　　By:　*/s/* Sebastian M. Medvei
　　　　　　　　　　　　　　　　　　Sebastian M. Medvei
　　　　　　　　　　　　　　　　　　Attorney for Defendant

ANSWER OF DEFENDANT AVOCADO MATTRESS LLC

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3857 Birch Street, #56, Newport Beach, CA 92660. On the date of execution below, I served on the below-identified persons, the document described as:

**ANSWER OF DEFENDANT AVOCADO MATTRESS LLC**

[X]   (ELECTRONIC SERVICE) I electronically served the below addressee(s) via the CM/ECF system:

Jonas Jacobson
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Email:      jonas@dovel.com

*(Attorney(s) for Ashley Islas and Elizabeth Amill)*

[X]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2025 at Newport Beach, California.

                                         /s/ Sebastian M. Medvei
                                         Sebastian M. Medvei