NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Sebastian M. Medvei (SBN 285604)
Medvei Law Group, APC
3857 Birch Street, #56
Newport Beach, CA 92660

ATTORNEY(S) FOR: Avocado Mattress LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY ISLAS, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-05698-RGK-PVC |
| v. | |
| AVOCADO MATTRESS LLC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                           Avocado Mattress LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Avocado Mattress LLC (a New Jersey Limited Liability Company) | Defendant |

10/7/2025

Date

/s/ Sebastian M. Medvei

Signature

Attorney of record for (or name of party appearing in pro per):

Sebastian M. Medvei

## PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3857 Birch Street, #56, Newport Beach, CA 92660. On the date of execution below, I served on the below-identified persons, the document described as:

**CERTIFICATE AND NOTICE OF INTERESTED PARTIES**

[X]    (ELECTRONIC SERVICE) I electronically served the below addressee(s) via the CM/ECF system:

Jonas Jacobson
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Email:        jonas@dovel.com

*(Attorney(s) for Ashley Islas and Elizabeth Amill)*

[X]    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2025 at Newport Beach, California.

/s/ Sebastian M. Medvei

Sebastian M. Medvei

1

PROOF OF SERVICE